UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          CASE NO:   25-cr-20842
                                                HON. LINDA V. PARKER

D-3 AYOB NASSER,

    Defendant.
_____/

## DEFENDANT AYOB NASSER'S MOTION TO DISCLOSE AND SUPPRESS FISA MATERIALS

    Defendant, Ayob Nasser D-3 ("Defendant"), by and through his attorney, James C. Thomas, of James C. Thomas, P.C., have received the government's Notice of Intent to Use FISA Intelligence Surveillance Information (ECF No. 24), does hereby move for the disclosure of evidence secured pursuant to the Foreign Intelligence Surveillance Act of 1978, as amended by 50 U.S.C. §§ 1801, et seq.   In support of this Motion, Defendant provides that as follows:

    1.    Defendant, Ayob Nasser, is charged in Count One with Attempting to Provide Material Support or Resources to a Designated Foreign Terrorist Organization, in violation of 18 U.S.C. § 2339B; and Count Two with Conspiracy to Receive and Transfer Firearms and Ammunition Knowing that Such Firearms and

1

Ammunition Would be Used to Commit a Federal Crime of Terrorism, in violation of 18 U.S.C. § 924(h).

2. On November 6, 2025, the government filed its Notice of Intent to Use Information "obtained or derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978, as amended, 50 U.S.C. §§ 1801-1812." (ECF No. 24, Gov't FISA Notice).

3. While the Defendant has a detailed Amended Complaint filed on November 5, 2025 (ECF No. 17), the government's notice provided no information regarding the basis for the national security surveillance and did not identify with specificity the substance of the material it had obtained pursuant to FISA.

4. At the Defendant's initial appearance on November 6, 2025, the government acknowledged the Magistrate's Notice of its obligation to turn over materials pursuant to its Brady obligation.

5. Mr. Nasser seeks disclosure of the totality of the FISA documentation, identification of the material obtained through FISA means, and the ultimately the suppression of any material obtained contrary to FISA's strictures.

6. The facts and law in support of this motion are detailed in the accompanying brief.

7. On November 6, 2025, pursuant to EDM Local Rule 7.1, undersigned

2

counsel spoke to the government's attorney regarding Defendant's objection and sought concurrence on this anticipated motion, and the government respectfully declined to concur.

**WHEREFORE**, Mr. Nasser moves under 50 U.S.C. § 1806(e) for disclosure of FISA materials and to suppress all information unlawfully acquired or surveillance conducted not in conformity with an order of authorization or approval, and to suppress any fruits of unlawful surveillance or searches.

Respectfully submitted,

JAMES C. THOMAS, P.C.

By: /s/ James C. Thomas
James C. Thomas (P23801)
Attorney for Defendant
Ayob Nasser D-3
12900 Hall Road, Suite 350
Sterling Heights, MI 48313
586-726-1000

Dated:  November 17, 2025