MIE (Rev. 9/09) Order of Case Reassignment for Docket Efficiency - Criminal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff(s),                                     Case No.  25-20842

v.                                                Honorable Linda V. Parker

MOHMED ALI, et al.,                               Honorable Mark A. Goldsmith

Defendant(s).

_____/

**ORDER OF CASE REASSIGNMENT FOR DOCKET EFFICIENCY**

Pursuant to E.D. Mich LCrR 57.10(b)(2), the Chief Judge may order a criminal case to be reassigned, but only with the consent of the Judge to whom the case was originally assigned and with the consent of the Judge to whom it is to be reassigned. Therefore, for docket efficiency, the Clerk is directed to reassign this case from the docket of the Honorable _____Linda V. Parker_____ to the docket of the Honorable _____Mark A. Goldsmith_____.

s/Stephen J. Murphy, III
Chief Judge Stephen J. Murphy, III
United States District Judge

s/Linda V. Parker
Linda V. Parker
United States District Judge

s/Mark A. Goldsmith
Mark A. Goldsmith
United States District Judge

Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
Case type: CRIMINAL

Date: November 20, 2025                            s/ S Schoenherr
                                                  Deputy Clerk

cc:   Parties and/or counsel of record
      Honorable Mark A. Goldsmith