UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                  Case No. 25-cr-20842
                                                Hon. Mark A. Goldsmith

v.

AYOB NASSER (D-3),

        Defendant.
_____/

**ORDER ALLOWING COUNSEL TO BRING A LAPTOP COMPUTER OR TABLET AND ELECTRONIC MEDIA STORAGE INTO THE LIVINGSTON COUNTY JAIL DURING PROFESSIONAL VISITS**

      A significant amount of discovery materials involving the instant case has or will be provided to counsel in electronic format by the United States Government. A significant amount of that discovery is under a protective order. This Court finds it reasonable and necessary to enter an order allowing counsel James C. Thomas, Attorney for Ayob Nasser (D-3), to bring a laptop computer or tablet and electronic media storage during professional visits at the Livingston County Jail, or any facility at which Ayob Nasser may be detained, to review and discuss discovery materials and prepare for trial with his attorney.

      **IT IS HEREBY ORDERED** that defense counsel, James C. Thomas, may bring a laptop computer or tablet and electronic storage media into the Livingston

County Jail, or any facility at which Ayob Nasser may be detained, during professional visits for reviewing and discussing discovery materials in this case.

Dated: January 12, 2026  　　　　　　　s/Mark A. Goldsmith
Detroit, Michigan  　　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　United States District Judge